# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00327-CV

**Texas Department of Public Safety, Appellant**

**v.**

**John Richard Williams, Jr., Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT
### NO. 24,397, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to reverse the judgment in this cause and remand the cause to the trial court for entry of an order in accordance with the parties' settlement agreement. We grant the motion and reverse and remand the cause to the trial court for entry of judgment in accordance with the settlement agreement. *See* Tex. R. App. P. 42.2(a)(2) (effectuating parties' settlement agreement).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Reversed and Remanded on Joint Motion

Filed:   October 21, 2004